[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**RECEIVED**

MAY 12 2023 ⌡B

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Michael Mayo

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

## TOM Dart
## Officer Vereen
## Neil Burnsteen

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

23cv3004
Judge Tharp
Magistrate Judge Weisman
Directly Assigned CAT 3
PC 7

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

**X**        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## PROFILE INFORMATION FORM

Please complete and return this form along with any other pleading you wish to submit to the court.
It is your responsibility to keep the court advised of your current address in order for you to receive
orders from the court. Failure to do so may result in dismissal of your case for want of prosecution.
Once the prisoner correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1. Name:

   _Michael_ _Cooper_ _Mayo_
   (First)          (Middle)          (Last)

   List alias names, if any: _N/A_

   _____

2. List any current/prior prison identification number(s): _N/A_

   Name of prison(s): _N/A_

3. Jail identification number(s): _2018 112 7027_

   Name of jail(s): _Cook County_

4. Date of birth: _12-20-1976_

5. Home address (Do <u>not</u> use P.O. box or the institution address):

   Street number and name: _530 East 88th Street_

   City, State and Zip Code: _Chicago, IL 60619_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/21/2017

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: Michael Cooper Mayo

B. List all aliases: N/A

C. Prisoner identification number: 20181127027

D. Place of present confinement: Cook County Jail

E. Address: 2700 South California Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart

Title: Cook County Sheriff

Place of Employment: Cook County Dept. Of Corrections

B. Defendant: Officer Vereen

Title: CCDOC Officer

Place of Employment: Cook County Jail

C. Defendant: Neil Burnsteen

Title: Detainee at Cook County Jail

Place of Employment: N/A

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _Mayo V. Dart, et al._
     _21-CV-04653_

B.   Approximate date of filing lawsuit: _2021_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
     _Michael Cooper Mayo_

D.   List all defendants: _Larry Gavin, Karen Jones-Hayes,_
     _Damita Delitz, Brendon Lombardi, Director Miller,_
     _Officer Buchanan, Thomas Dart and Lt. Douge_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Federal court (Northern District Eastern Division)_

F.   Name of judge to whom case was assigned: _Hon John J. Tharp Jr._

G.   Basic claim made: _Failure to Protect; Excessive Force_
     _and Retaliation_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

I.   Approximate date of disposition: _Pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *Mayo V. Dart*
   *21-CV-05014*

B. Approximate date of filing lawsuit: *2021*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   *Michael Cooper Mayo*

D. List all defendants: *Thomas Dart*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *Federal Court (Northern District Eastern Division)*

F. Name of judge to whom case was assigned: *Hon. M. David Weisman*

G. Basic claim made: *COVID-19 Exposure*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *pending*

I. Approximate date of disposition: *pending*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On April 1, 2023 between 9:00 AM - 10:00 AM in division 8/3F, Plaintiff was standing in the med line. Defendant Neil Burnsteen approached plaintiff and leaned his back up against plaintiffs right shoulder. Plaintiff asked defendant Neil to back up. As defendant Neil backed up he began making threats to plaintiff, asking plaintiff did he want to fight. Plaintiff notified defendant officer Vereen of the issue he was having with Neil, but officer Vereen did nothing. (This was all happening right in front of officer Vereens face) Defendant Neil then pulled his pants down and showed plaintiff his penis. Plaintiff notified officer Vereen of the continuing problem he was having with Neil. Although, officer Vereen saw Neil pull out his penis he still did nothing. Defendant Neil made more threats to plaintiff then pulled his penis out again. Plaintiff notified defendant officer Vereen for assistance but officer Vereen

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

did nothing. Defendant Neil then spit on plaintiff hitting plaintiff in his face, right leg and right foot. Plaintiff notified officer Vereen that defendant Neil had spit on him. Officer Vereen saw all of this happen but was still in a seated position at his desk. Plaintiff then stepped towards defendant Neil to protect himself from another attack and defendant officer Vereen finally got up and removed defendant Neil from the tier. When officer Vereen returned to the tier, plaintiff asked officer Vereen why did he not intervene before defendant Neil spit on him. Officer Vereens reply was, "What was I suppose to do?" Defendant Officer Vereens failure to protect plaintiff put plaintiffs health and safty at serious risk and/or harm. Defendant Neil Burnsteen is on the jails case load for psychological issues and has been identified as a violent detainee because he has been issued an orange ID for staff assault. He should be housed with other detainees with similar back grounds at the jail. Thomas Dart is aware

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

of this practice as sheriff of the Cook County Jail. For this reason defendant Thomas Dart shares responsibility with defendant officer Vereen for this incident. Thomas Darts continued endorsement of the policy of commingling detainees with psychological problems and detainees that have exhibited violence at the jail with detainees such as the plaintiff, who has no history of violence at the jail, puts plaintiffs health and safty at serious risk and/or harm.

Exhibts A-D are enclosed in support of my claim.

4                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking Compensatory, punitive and nominal
damages. also any awards the court finds proper
and just.

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _2nd_ day of _May_, 20_23_

_Michael Mayo_
(Signature of plaintiff or plaintiffs)

_Michael Mayo_
(Print name)

_20181127027_
(I.D. Number)

_2700 South California_
_Chicago, IL 60608_
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# Exhibit A

Grievance filed April 1, 2023

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | | Individual In Custody **SHORT #** |
|---|---|---|

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | (! Para ser llenado solo por el personal de IIC Services !) |
|---|---|

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

( 1 of 3 )

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME** *(Imprimir - Apellido del individuo):* Mayo

**PRINT – FIRST NAME** *(Imprimir – Primer nombre del individuo):* Michael

**BOOKING NUMBER** *(#de identificación)*: 2018 1127027

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 3F

**DATE** *(Fecha):* April 1, 2023

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.** The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| **REQUIRED -** DATE OF INCIDENT *(Fecha del incidente)* | **REQUIRED -** TIME OF INCIDENT *(Hora del incidente)* | **REQUIRED -** SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | **REQUIRED -** NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| April 1, 2023 | 9:00 AM - 10:00 AM | Division 8/3F | Tom Dart, Officer Vereen, Detainee Neil Burnsteen |

On April 1, 2023 between 9:00 AM - 10:00 AM in division 8/3F, I was standing in the med line. As I approached the wall right before the med window, Neil Burnsteen approached me, turned sideways and leaned his back up to my right shoulder. I asked Neil to back up because he was leaning on me. As Neil moved back he began making threats to me. Saying things like "what do you want to do fight." After I did not react to his threats, Neil pulled down his pants and showed me his private parts. Officer Vereen saw this happen but did not react.

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o individuo que tengan información:)*

**SIGNATURE of Individual in Custody:** *(Individuo bajo costodia):*

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW NAME (Print):** D. Wilson

**SIGNATURE:** D Wilson

**DATE CRW RECIEVED:** 4-4-23

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-58)(MAR 22)    (**WHITE COPY** – IIC SERVICES DEPT.)    (**YELLOW COPY** – CRW)    (**PINK COPY** – INDIVIDUAL IN CUSTODY)

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody  SHORT # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | (! Para ser llenado solo por el personal de IIC Services !) |
|---|---|
| ☐ Emergency Grievance<br>☐ Grievance<br>☐ Non-Compliant Grievance   *(2 of 3)* | ☐ Cermak Health Services<br>☐ Superintendent:_____<br>☐ Other:_____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):*  Mays | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):*  Michael | BOOKING NUMBER *(#de identificación)*  20181127027 |
|---|---|---|
| DIVISION *(División):*  8 | LIVING UNIT *(Unidad):*  3F | DATE *(Fecha):*  April 1, 2023 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.** The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grievance form must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionados con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED -<br>DATE OF INCIDENT<br>*(Fecha del Incidente)* | REQUIRED -<br>TIME OF INCIDENT<br>*(Hora del Incidente)* | REQUIRED -<br>SPECIFIC LOCATION OF INCIDENT<br>*(Lugar Específico del Incidente)* | REQUIRED -<br>NAME and/or IDENTIFIER(S) OF ACCUSED<br>*(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| April 1, 2023 | 9:00 AM -<br>10:00 AM | Division 8/3F | Tom Doe?<br>Officer Vereen<br>Detainee Neil Burnsteen |

Neil then added some more threats and showed me his privates again. Again, officer Vereen saw this but did nothing. Since Neil was not getting a reaction out of me, he spit on me. I felt his spit hit my face, right leg and foot. I then approached Neil and officer Vereen finally got up and removed Neil from the tier. This was a preventable incident Officer Vereen was aware that Neil is a violent person because he has an orange ID for staff assault. Officer Vereen was aware of the potential danger of the situation, but let it escalate into an assault.

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:<br>*(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody : *(Individuo bajo costodia):* |
|---|---|
| | |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW NAME (Print):  D. Wilson | SIGNATURE:  D CWL | DATE CRW RECIEVED:  4-4-23 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-58)(MAR 22)   **(WHITE COPY** – IIC SERVICES DEPT.)   **(YELLOW COPY** – CRW)   **(PINK COPY** – INDIVIDUAL IN CUSTODY)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance  ☐ Grievance  ☐ Non-Compliant Grievance   (3of3) | ☐ Cermak Health Services  ☐ Superintendent:_____  ☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* Mayo | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* Michael | BOOKING NUMBER *(#de identificación)* 20101127027 |
|---|---|---|
| DIVISION *(División):* 8 | LIVING UNIT *(Unidad):* 3F | DATE *(Fecha):* April 1, 2023 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.** The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.

The grievance form must not contain offensive or harassing language.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja corresponde asunto no relacionados con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| April 1 2023 | 9:00 AM - 10:00 AM | Division 8/3F | Tom Dart Officer Vincens Detail of Neil Rumsteen |

before he took action. Officer Vincens lack of action put my health and safty at serious risk and/or harm. I want to press charges against Neil Rumsteen for assault.

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo costodia)* Michael Mayo |
|---|---|

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |||
|---|---|---|
| CRW NAME (Print): D Wilson | SIGNATURE: D W | DATE CRW RECIEVED: 4.4.23 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-58)(MAR 22)    **(WHITE COPY** – IIC SERVICES DEPT.)    **(YELLOW COPY** – CRW)    **(PINK COPY** – INDIVIDUAL IN CUSTODY)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2023X05276 | 794313 |

PRINT: CRW LAST NAME: Wilson

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

Individual In Custody LAST NAME: Maya

Individual In Custody FIRST NAME: Michael

BOOKING ID #: 20181127027

GRIEVANCE ISSUE AS DETERMINED BY CRW: 10 - Inmate on Inmate Physical

IMMEDIATE CRW RESPONSE (if applicable): Free Agent

CRW/ REFERRED THIS GRIEVANCE TO ( *Example: Superintendent, Cermak Health Services* ): Supt RTU

DATE REFERRED: / /

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Inmate Maya alleged threat has been transferred to different unit. Unit incident was documented and request to press charges forwarded!

PERSONNEL RESPONDING TO GRIEVANCE (! Print !): OL N Deel

SIGNATURE:

DIV./DEPT.: RTU

DATE: 4, 10, 23

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY ! *(Esta sección debe ser completada por el individuo.)*

INDIVIDUAL IN CUSTODY SIGNATURE *(Firma del individuo bajo custodia.)*: Michael Maya

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* April, 18, 2023

### INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL *( Solicitud de apelación del individuo )*

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.
*Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: *(Base de apelación del individuo.)*
DATE OF APPEAL REQUEST: *(Fecha de la solicitud de la apelación.)* April, 18, 2023

Neil Burnsteen should never have been on the same tier with me. In addition officer Vereen should have stopped the altercation the moment Neil pulled his penis out the 1st time.

### DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*

Yes    (No)

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original Response to stand

IIC SERVICES DIRECTOR/DESIGNEE *(Director de Servicios de IIC / Designado)*

SIGNATURE *(Firma):*

DATE *(Fecha)*: 5, 21, 23

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY *(Esta sección debe ser completada por el individuo.)*

INDIVIDUAL IN CUSTODY SIGNATURE *(Firma del individuo.)*: Delv Via COVID-19

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida.)* APR 2 4 2023

(FCN-59)(MAR 22)    (WHITE COPY – IIC SERVICES)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)

Exhibit B

GPR Complaint filed April 4, 2023



## SHERIFF'S OFFICE OF COOK COUNTY
## OFFICE OF PROFESSIONAL REVIEW
## COMPLAINT REGISTER

**Complainant Information**

NAME (Last, First, M.I.): Mayo, Michael, C    AGE: 46    DATE OF BIRTH: 12-20-1976    HOME #: 773-651-9252

HOME ADDRESS: 530 East 88th Street    CITY: Chicago    WORK/OTHER #:

STATE: IL    ZIP CODE: 60619    STATE I.D./D.L. #: M000-5437-6361    STATE OF ISSUANCE: IL

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

**Complainant Information**

DATE OF INCIDENT: April 1, 2023    TIME OF INCIDENT: 9:00 AM – 10:00 AM

LOCATION OF INCIDENT: Division 8 Tier 3F

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

Officer Vereen (Black male, middle age)

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? [X] YES   [ ] NO
IF YES, PROVIDE CONTACT INFORMATION.

**Witnesses**

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| Edward Cattouse | 2700 S. California Division 8/3F | CCDOC |
| Honorio Perez | 2700 S. California Division 8/3F | CCDOC |
| JOSE CANCEL | 2700 S. California Division 8/3F | CCDOC |
| Ronald Marten | 2700 S. California Division 8/3F | CCDOC |
| TOMAS HERNANDEZ | 2700 S. California Division 8/3F | CCDOC |

**Narrative**

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

On April 1, 2023 between 9:00AM-10:00AM in division 8/3F I was standing in the med line. As I approached the wall right before the med window, Neil Burnsteen approached me, turned sideways and leaned his back up to my right shoulder. I asked Neil to back up because he was leaning on me. As Neil moved back he began making threats to me. Saying things like, "what do you want to do fight." After I did not react to his threats, Neil pulled down his pants and showed me his private parts. Officer Vereen saw this happen but did not react. Neil then added some more threats and showed me his privates again. Again, officer Vereen saw this but did [X] CONTINUED ON REVERSE

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: _____ RECEIVED BY: _____

IAD/IG #: _____

Complaint Narrative (Continued)

nothing. Since Neil was not getting a reaction out of me, he spit on me. I felt his spit hit my face, right leg and foot. I then approached Neil and officer Vereen finally got up and removed Neil from the tier. This was a preventable incident. Officer Vereen was aware that Neil is a violent person because he has an orange ID for staff assault. Officer Vereen was aware of the potential danger of the situation, but let it escalate into an assault, before he took action. Officer Vereens lack of action put my health and safty at serious risk and/or harm. I want to press charges against Neil Bernsteen for assault.

**PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.**

I have read this statement that I have voluntarily made, consisting of __2__ pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge. *Michael Mayo*
(Print Name)

Complainant's Signature: *Michael Mayo*   Date: 4/4/23

State of Illinois )
County of Cook )

Signed and sworn to before me on __4/4/2023__ by __Michael Mayo__
(date)   (name of person making statement)

*Ms Dorsey*
(signature of notary public)

OFFICIAL SEAL
V DORSEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/7/2025

A person commits **PERJURY** when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. **PERJURY IS A CLASS 3 FELONY.**

Please mail your completed, **signed and notarized**, complaint form to:

**Cook County Sheriff's Office of Professional Review**
3026 S. California
Chicago, IL. 60608

# Exhibt C

Grievance filed April 7, 2023

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance <br> ☐ Grievance <br> ☐ Non-Compliant Grievance | ☐ Cermak Health Services <br> ☐ Superintendent:_____ <br> ☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo)*: <br> Mayo | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo)*: <br> Michael | BOOKING NUMBER *(# de identificación)*: <br> 2018112707 |
|---|---|---|
| DIVISION *(División)*: <br> 8 | LIVING UNIT *(Unidad)*: <br> 3F | DATE *(Fecha)*: <br> April 7, 2023 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.

*Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.*

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language and must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentación según el Manual de Información de IIC o consulte a un CRW (trabajador de rehabilitación correccional) para obtener ayuda.

*El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.*

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para el individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibía no someter una apelación sobre la decisión dada en los 15 días calendarios.

El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - <br> DATE OF INCIDENT <br> *(Fecha del Incidente)* | REQUIRED - <br> TIME OF INCIDENT <br> *(Hora del incidente)* | REQUIRED - <br> SPECIFIC LOCATION OF INCIDENT <br> *(Lugar Específico del Incidente)* | REQUIRED - <br> NAME and/or IDENTIFIER(S) OF ACCUSED <br> *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| April 1, 2023 | 9:00 AM <br> (10:00 AM) | Division 8/3F | Tom Dart <br> Officer Vereen <br> Neil Burnsteen (Detainee) |

On April 1 2023 I was spit on by Neil Burnsteen. I let officer Vereen know I wanted to file a criminal complaint for battery. I have not been questioned or notified about the status of this request. Please advise on how I should I proceed with filing this complaint against Neil Burnsteen.

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: <br> *(Nombre del personal o individuo que tengan información:)* <br> Officer Vereen | SIGNATURE of Individual in Custody: *(Individuo bajo custodia)* <br> Michael Mayo |
|---|---|

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. | | |
|---|---|---|
| CRW NAME (Print): <br> J. Wilson | SIGNATURE: | DATE CRW RECIEVED: <br> 4/1 |
| | CRW NOTATION OF SENT EMAIL (Print): | DATE EMAIL NOTIFICATION SENT: |

(FCN-07) ( FEB 23)    **(WHITE COPY** – IIC SERVICES DEPT.)    **(YELLOW COPY** – CRW)    **(PINK COPY** – INDIVIDUAL IN CUSTODY)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

## INDIVIDUAL IN CUSTODY "NON-COMPLIANT" GRIEVANCE RESPONSE FORM
*(Formulario de respuesta de quejas "No Conforme" de indíviduos bajo custodia)*

### INDIVIDUAL IN CUSTODY INFORMATION

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME : | PRINT - FIRST NAME : | NON-COMPLIANT CONTROL NUMBER |
|---|---|---|
| Mayo | Michael | NC2023X01297 |

| DIVISION : | LIVING UNIT : | BOOKING # : | SHORT # : |
|---|---|---|---|
| | | 20191187011 | 794312 |

| GRIEVANCE FORM DATE : | NON-COMPLIANT GRIEVANCE CODE : *(see below)* | DETERMINED BY C.R.W. : *(crw last name)* |
|---|---|---|
| 4-7 | 420 | Wilson |

### REASON(S) FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED
*(RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA)*

Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted. *El asunto de la queja no se procesó por las siguientes razones que están marcadas abajo. El asunto de la queja no se le asignará un numero de control, no puede ser apelado y no podrá agotar los remedios posibles.*

☐ **400 -** The grieved issue is one of the following non-grievable matters: Individual in custody's classification, designation of a security risk, protective custody status, or decisions of the Disciplinary Hearing Officer. *El asunto de la queja es uno de los siguientes asuntos que no se consideran quejas formales: clasificación del individuo bajo custodia, designado como riesgo de seguridad, estado de custodia de protección o decisiones del oficial de audiencia disciplinarias.*

☐ **410 -** The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, sexual harassment, sexual abuse, or voyeurism. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.) *El asunto de la queja no ocurrió dentro de los últimos 15 días calendario y no se trata de una acusación de asalto sexual, acoso sexual, abuso sexual o voyeurismo. Si cree que se aplica una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).*

☒ **420 -** The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days. *El asunto de la queja no debe ser una repetición de una queja que fue sometido dentro los 15 días calendarios.*

☐ **430 -** The grieved issue is a repeat submission of a grievance that previously received a response and was appealed. *El asunto de la queja es una repetición de una queja que previamente recibió una respuesta y fue apelada.*

☐ **440 -** The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days. *El asunto de la queja es una repetición de una queja que previamente recibió una respuesta y usted decidió no apelar la respuesta dentro de los 15 días calendario.*

☐ **450 -** Offensive or harassing language was used. *El asunto de la queja contiene lenguaje ofensivo o amenazante.*

☐ **460 -** The grievance form contains more than one issue. *El formulario de queja contiene más de un asunto.*

☐ **470 -** The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc. *El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.*

**480 -** Other reason not listed. *Otra razón.*

The following Mayo is a repeat who submitted on 3/4/4 (NC2023X0075) grievance code 420. You can resubmit on this Mayo Div 9

| NAME OF STAFF MEMBER RESPONDING : *(Nombre del personal que responde)* | SIGNATURE : *(Firma del personal)* | DATE : *(Fecha)* |
|---|---|---|
| Wilson | | 4-13 |

### INDIVIDUAL IN CUSTODY SIGNATURE

| INDIVIDUAL IN CUSTODY'S SIGNATURE OF RECEIPT : *(Firma del individuo en que la respuesta fue recibida)* | DATE RESPONSE RECEIVED : *(Fecha cuando recibió la respuesta)* |
|---|---|
| Michael Mayo | April 13, 2023 |

(FCN-60) (MAR 22)   **(WHITE COPY** – IIC SERVICES)   **(YELLOW COPY** – CRW)   **(PINK COPY** – INDIVIDUAL IN CUSTODY)

Exhit D

Sworn Affidavit

## ILLINOIS GENERAL SWORN AFFIDAVIT

STATE OF ILLINOIS
COUNTY OF COOK

I, the undersigned, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and am a resident of the State of Illinois _____. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2. FACTS: On April 1, 2023 I witnessed Neil Burnsteen pull down his pants twice and show Michael Mayo his penis. During this act officer Vereen could clearly see what was happening, but did nothing. It was not until Neil Burnsteen spit on Michael Mayo that officer Vereen finally got up from his seated position and removed Neil Burnsteen from the tier. (division 8/3F)

Under penalties as provided by Illinois law, the undersigned certifies that the statements set forth in this statement are true and correct.

TOMAS HERNANDEZ

So Stated: Tomas Hernan

Subscribed And Sworn to Before Me This 5 Day of April 20 23
NOTARY: D. W

OFFICIAL SEAL
D WILSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/04/2026

# ILLINOIS GENERAL SWORN AFFIDAVIT

STATE OF ILLINOIS
COUNTY OF COOK

I, the undersigned, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and am a resident of the State of Illinois _____. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2. FACTS: On April 1, 2023 I witnessed Neil Burnsteen pull down his pants twice and show Michael Mayo his private parts. During this display officer Vereen could clearly see what was happening, but did nothing. It was not until Neil Burnsteen spit on Michael Mayo that Officer Vereen got up and grabbed Neil.

Under penalties as provided by Illinois law, the undersigned certifies that the statements set forth in this statement are true and correct.

So Stated: Ronald Martin

Subscribed And Sworn To Before
Me This 5 Day Of April 2023
NOTARY: D. Wilson

OFFICIAL SEAL
D WILSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/04/2026

# ILLINOIS GENERAL SWORN AFFIDAVIT

STATE OF ILLINOIS
COUNTY OF COOK

I, the undersigned, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and am a resident of the State of Illinois. I have personal knowledge of the facts here in, and, if called as a witness, could testify competently thereto.

2. FACTS: On April 1, 2023, I witnessed Neil Burnsteen pull down his pants twice and show Michael Mayo his penis. During this act officer Vereen could clearly see what was happening but did nothing to stop him. It was not until Neil spit on Michael Mayo that officer Vereen finally got up from his seated position and removed Neil Burnsteen from the tier. (Division 8/3F)

Under penalties as provided by Illinois law, the undersigned certifies that the statements set forth in this statement are true and correct.

So Stated: _____

Subscribed And Sworn to Before
Me This ____ Day of _____ 2023
NOTARY: _____

OFFICIAL SEAL
V. DORSEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/7/2025

# ILLINOIS GENERAL SWORN AFFIDAVIT

STATE OF ILLINOIS
COUNTY OF COOK

I, the undersigned, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and am a resident of the state of Illinois. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently there to.

2. FACTS: On April 1, 2023, I witnessed Neil Burnsteen pull down his pants twice and show Michael Mayo his penis. During this act officer Vareen could clearly see what was happening but did nothing to stop Neil. It was not until Neil spit on Michael Mayo and Mayo advanced on Neil that officer Vereen finally got up from his seated position and removed Neil Burnsteen from the tier. When Mayo asked officer Vereen why did he not act sooner his reply was; "What was I suppose to do?" (Division 8/3F)

Under penalties as provided by Illinois law; the undersigned certifies that the statements set forth in this statement are true and correct.

So Stated: _____

William Blunt

Subscribed And Sworn to Before Me this 11 day of April 20 23

NOTARY:

OFFICIAL SEAL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/7/2025

# ILLINOIS GENERAL SWORN AFFIDAVIT

STATE OF ILLINOIS
COUNTY OF COOK

I, the undersigned, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and am a resident of the State of Illinois. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2. FACTS: On April 1, 2023, I witnessed Neil Burnsteen pull down his pants twice and show Michael Mayo his penis. During this act officer Vereen could clearly see what was happening but did nothing to stop Neil. It was not until Neil spit on Michael Mayo and Mayo advanced on Neil that officer Vereen finally got up from his seated position and removed Neil Burnsteen from the tier. (Division 8/3F)

Under penalties as provided by Illinois law; the undersigned certifies that the statements set forth in this statement are true and correct.

So Stated: _Jay Washington_

Subscribed And Sworn to Before
Me this 11th Day of _____ 2023
NOTARY:

Jay Washington

OFFICIAL SEAL
V DORSEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/7/2025

# ILLINOIS GENERAL SWORN AFFIDAVIT

STATE OF ILLINOIS
COUNTY OF COOK

I, the undersigned, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and am a resident of the State of Illinois. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2. FACTS: On April 1, 2023, I witnessed Neil Burnsteen pull down his pants twice and show Michael Mayo his penis. During this act officer Vereen could clearly see what was happening but did nothing to stop Neil. It was not until Neil spit on Michael Mayo and Mayo advanced on Neil that officer Vereen finally got up from his seated position and removed Neil Burnsteen from the tier. (Division 8/3F)

Under penalties as provided by Illinois law, the undersigned certifies that the statements set forth in this statement are true and correct.

So Stated: _Charles Platt_

Subscribed And Sworn to Before Me this 11th Day of APRIL 2023

_Charles Platt_
CHARLES PLATT

NOTARY:

OFFICIAL SEAL
V DORSEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/7/2025

## ILLINOIS GENERAL SWOAN AFFIDAVIT

STATE OF ILLINOIS
COUNTY OF COOK

I, the undersigned, being duly sworn, do here by depose and say:

1. I am over the age of 18 and am a resident of the State of Illinois. I have personal knowledge of the facts here in, and, if called as a witness, could testify competently thereto.

2. FACTS: On April 1, 2023, I witnessed Neil Burnsteen pull down his pants twice and show Michael Mayo his penis. During this act officer Vereen could clearly see what was happening but did nothing to stop Neil. It was not until Neil spit on Michael Mayo and Mayo advanced on Neil that officer Vereen finally got up from his seated position and removed Neil Burnsteen from the tier. (Division 8/3F)

Under penalties as provided by Illinois law, the undersigned certifies that the statements set forth in this statement are true and correct.

So Stated: Christophe Crober
4/11/23

Subscribed And Sworn to Before
Me this 11th Day of April 20
NOTARY:

OFFICIAL SEAL
V. DORSEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/7/2025

CERTIFIED MAIL

US POSTAGE $016.85Q
NEOPOST
05/04/2023
ZIP 60608
041M11297257

7018 3090 0000 1751 4189

SCREENED
MAY 1 2 2023
MARSHALS

RECEIVED
MAY 12 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

05/12/2023-23

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

Michael Mayo
20181127027
2700 South California
Chicago, IL 60608